IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

```
GEORGE ROWAN, #A0221576,    )    CV 12-00104 HG-KSC
                            )
         Plaintiff,         )
                            )
     vs.                    )
                            )
HAWAII DEPT. OF PUBLIC      )
SAFETY; H.C.F. CHIEF OF     )
SECURITY; JODIE MAESAKI     )
HIRATA,                     )
                            )
         Defendants.        )
_____)
```

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION (ECF No. 8), AS MODIFIED, TO DENY MOTION TO REOPEN CASE

Findings and Recommendation having been filed and served on all parties on April 29, 2014, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendations (ECF No. 8) are adopted as the opinion and order of this Court with the following modifications:

On Page 1, Line 6, Remove "Plaintiff";

On Page 1, Line 9, the date should be February 27,

2012;

Replace "Doc." with "ECF" throughout the order; and

Italicize "*in forma pauperis*" throughout the order.

IT IS SO ORDERED.

DATED: May 19, 2014, Honolulu, Hawaii.



/s/ Helen Gillmor

Helen Gillmor
United States District Judge